| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HUG, JR., PROCTER R | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>4/2/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date   9/16/1977<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Bruce Thompson U.S. Courthouse<br>400 S. Virginia St., Suite 708<br>Reno, Nevada 89501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ · Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2004 APR -5 P 12: 2?

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Storey County Properties | F | Interest | M | W | | | | | (2) + rent |
| 2. West Coast Development | A | Interest | M | W | | | | | |
| 3. Fernley Estates | A | Interest | M | W | | | | | |
| 4. Brooktree Partners | D | Rent | K | U | | | | | |
| 5. Alternate Energy Investors | | None | M | U | | | | | |
| 6. Hug Homes, Ltd., | F | Interest | N | U | | | | | |
| 7. WCC, LLC | | None | L | U | | | | | |
| 8. Flowers Escrow Real Estate Mtg. | D | Interest | M | T | | | | | |
| 9. UBS M/M Fund | B | Interest | K | T | | | | | was Paine Webber |
| 10. Wachovia M/M Fund | A | Interest | J | T | | | | | was Prudential |
| 11. Wells Fargo M/M Fund | D | Interest | O | T | | | | | |
| 12. M Stanley Dean Witter Liquid Asset | A | Interest | J | T | | | organ | | |
| 13. United States Treasury Note | A | Interest | J | T | | | | | |
| 14. Bank of America | A | Interest | J | T | | | | | |
| 15. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 16. Arizona Rev. Bonds | A | Interest | L | T | | | | | |
| 17. Hawaii Rev. Bonds | A | Interest | K | T | buy | 5/30 | | | |
| 18. Idaho Housing Bonds | A | Interest | K | T | buy | 3/30 | | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-37 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. N. Arizona University Bonds | A | Interest | | | redemption | 7/1 | J | A | |
| 20. Clark County Bonds | A | Interest | | | redemption | 5/1 | K | A | |
| 21. N. Las Vegas Rev. Bonds | A | Interest | K | T | buy | 3/1 | | | |
| 22. Nevada Housing Bonds | A | Interest | L | T | | | | | |
| 23. Reno, Nevada, Hospital Bonds | A | Interest | | | redemption | 10/27 | J | A | |
| 24. Salt Lake City Bonds | A | Interest | K | T | buy | 7/15 | | | |
| 25. Washoe County Airport Bonds | B | Interest | | | redemption | 7/1 | K | A | |
| 26. AT&T Corp. | A | Dividend | J | T | | | | | |
| 27. Advanced Medical Optics | A | Dividend | J | T | | | | | |
| 28. Allergan, Inc. | A | Dividend | K | T | | | | | |
| 29. Alliant Energy Corp. | A | Dividend | K | T | | | | | |
| 30. America Funds Investment Co. | A | Interest | K | T | buy | 10/16 | | | |
| 31. Archer Daniels Mid. | A | Dividend | K | T | | | | | |
| 32. BCE, Inc. | C | Dividend | K | T | | | | | |
| 33. Barrick Gold Corp. | | None | J | T | | | | | |
| 34. Berkshire Hathoway, Inc. | | None | M | T | | | | | |
| 35. CNH Global NV | A | Dividend | J | T | | | | | |
| 36. Canadian National R.R. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Canadian Pacific Railway | A | Dividend | J | T | | | | | |
| 38. Citrix | A | Dividend | J | T | | | | | |
| 39. Closure Medical Corp. | A | Dividend | K | T | | | | | |
| 40. Comcast Corp. | A | Dividend | J | T | | | | | |
| 41. Costco Companies | A | Dividend | K | T | | | | | |
| 42. Cryolife, Inc. | A | Dividend | K | T | | | | | |
| 43. Delhaize America, Inc. | A | Dividend | | | sell | 10/29 | J | A | |
| 44. Delta Airlines | A | Dividend | J | T | | | | | |
| 45. Dupont | A | Dividend | K | T | | | | | |
| 46. Elkcorp | A | Dividend | J | T | | | | | |
| 47. Federal Agricultural Mortgage | A | Dividend | J | T | buy | 2/14 | | | |
| 48. Foundry Networks | A | Dividend | | | sell | 10/29 | J | A | |
| 49. Franklin Utilities | A | Interest | K | T | buy | 10/16 | | | |
| 50. Gannett Co. | A | Dividend | K | T | | | | | |
| 51. Genenteck | A | Dividend | K | T | | | | | |
| 52. Granite Construction Co. | A | Dividend | J | T | buy | 10/1 | | | |
| 53. Hanson PLC | A | Dividend | J | T | | | | | |
| 54. Heinz HJ Co. | A | Dividend | J | T | buy | 2/14 | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Hilton International | A | Dividend | J | T | | | | | |
| 56. Hitachi, Ltd. | A | Dividend | J | T | | | | | |
| 57. Home Depot | A | Dividend | J | T | | | | | |
| 58. Imperial Chemical | A | Dividend | K | T | buy | 4/7 | | | |
| 59. Int'l Game Technology ("IGT") | A | Dividend | K | T | | | | | |
| 60. Intel | A | Dividend | K | T | | | | | |
| 61. Janus Fund | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 62. Janus Twentieth Century | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 63. Janus Venture | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 64. Liberty Media | A | Dividend | J | T | buy | 10/10 | | | |
| 65. Lincoln National Conv. Sec. | A | Dividend | J | T | | | | | |
| 66. Linear Technology Corp. | A | Dividend | K | T | | | | | |
| 67. Lucent Technology | A | Dividend | J | T | buy | 8/19 | | | |
| 68. McDonalds | A | Dividend | J | T | buy | 10/16 | | | |
| 69. Mandalay Resort Group | A | Dividend | K | T | | | | | |
| 70. Medco Health Solutions | A | Dividend | J | T | buy | 10/1 | | | |
| 71. Merck & Co. | A | Dividend | L | T | | | | | |
| 72. Mercury General Corp. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Microsoft | A | Dividend | J | T | | | | | |
| 74. Millenium Chemicals, Inc. | A | Dividend | J | T | | | | | |
| 75. Morgan Stanley Asia P. | A | Interest | K | T | | | | | |
| 76. Muniyield Quality Fund | A | Interest | K | T | | | | | |
| 77. NCR Corp. | A | Dividend | J | T | | | | | |
| 78. Newell Rubbermaid | A | Dividend | K | T | buy | 10/2 | | | |
| 79. Newmont Mining Corp. | A | Dividend | J | T | | | | | |
| 80. Pall Corp. | A | Dividend | J | T | buy | 12/29 | | | |
| 81. Peets Coffee | A | Dividend | J | T | buy | 10/1 | | | |
| 82. Pfizer | A | Dividend | K | T | | | | | |
| 83. Pharmacia & Upjohn | A | Dividend | K | T | | | | | merged with Pfizer |
| 84. Raytheon Co. | A | Dividend | K | T | buy | 10/29 | | | |
| 85. Regis Corp. | A | Dividend | K | T | | | | | |
| 86. Safeway | A | Dividend | J | T | buy | 2/14 | | | |
| 87. SanDisk Corp. | A | Dividend | | | sell | 10/1 | K | E | |
| 88. Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 89. Sierra Pacific Resources | A | Dividend | J | T | | | | | |
| 90. Surebeam | A | Dividend | | | sell | 11/3 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Tollgrade Communications | A | Dividend | J | T | | | | | |
| 92. Trimble Navigation, Ltd. | A | Dividend | J | T | | | | | |
| 93. UNTS First Trust | A | Interest | K | T | buy | 8/19 | | | |
| 94. Unilever PLC. | A | Dividend | K | T | buy | 10/2 | | | |
| 95. VISX, Inc. | A | Dividend | K | T | | | | | |
| 96. Wells Fargo Stock | A | Dividend | L | T | | | | | |
| 97. | | | | | | | | | |

Income/Gain Codes: A =$1,000 or less B =$1,001-$2,500 C =$2,501-$5,000 D =$5,001-$15,000 E =$15,001-$50,000
(See Columns B1 and D4) F =$50,001-$100,000 G =$100,001-$1,000,000 H1 =$1,000,001-$5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001-$50,000 L =$50,001-$100,000 M =$100,001-$250,000
(See Columns C1 and D3) N =$250,000-$500,000 O =$500,001-$1,000,000 P1 =$1,000,001-$5,000,000 P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000 P4 =$More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HUG, JR., PROCTER R | 4/2/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

NONE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HUG, JR., PROCTER R | 4/2/2004 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HUG, JR., PROCTER R | 4/2/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date *April 2, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



## United States Court Of Appeals
## For The Ninth Circuit

BRUCE R. THOMPSON U.S. COURTHOUSE & FEDERAL BLDG.
400 S. VIRGINIA STREET, SUITE 708
RENO, NEVADA 89501

. PROCTER HUG, JR.
UNITED STATES CIRCUIT JUDGE

PH: (775) 686-5949
FX: (775) 686-5958

May 7, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington,-D.C.  20544

Dear Committee Members:

This is in response to your letter of April 26, 2004, requesting additional information in Part VII before closure of my 2003 Financial Disclosure Report can be accomplished.

Please find enclosed the signed original and three additional photocopies of my Amended Financial Disclosure Report for Calendar Year 2003, which is due May 15, 2004.

If you have any questions concerning my report, please do not hesitate to contact me.

Yours sincerely,

PROCTER HUG, JR.
United States Circuit Judge

PH:ms
Enclosures

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HUG, JR., PROCTER R | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 9/16/1977<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Bruce Thompson U.S. Courthouse<br>400 S. Virginia St., Suite 708<br>Reno, Nevada 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 5/5/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE .- (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE . - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Storey County Properties | F | Interest | M | W | | | | | (2) + rent |
| 2. West Coast Development | A | Interest | M | W | | | | | |
| 3. Fernley Estates | A | Interest | M | W | | | | | |
| 4. Brooktree Partners | D | Rent | K | U | | | | | |
| 5. Alternate Energy Investors | | None | M | U | | | | | |
| 6. Hug Homes, Ltd., | F | Interest | N | U | | | | | |
| 7. WCC, LLC | | None | L | U | | | | | |
| 8. Flowers Escrow Real Estate Mtg. | D | Interest | M | T | | | | | |
| 9. UBS M/M Fund | B | Interest | K | T | | | | | was Paine Webber |
| 10. Wachovia M/M Fund | A | Interest | J | T | | | | | was Prudential |
| 11. Wells Fargo M/M Fund | D | Interest | O | T | | | | | |
| 12. Morgan Stanley Dean Witter Liquid Asset | A | Interest | J | T | | | | | |
| 13. United States Treasury Note | A | Interest | J | T | | | | | |
| 14. Bank of America | A | Interest | J | T | | | | | |
| 15. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 16. Arizona Rev. Bonds | A | Interest | L | T | | | | | |
| 17. Hawaii Rev. Bonds | A | Interest | K | T | buy | 5/30 | K | | |
| 18. Idaho Housing Bonds | A | Interest | K | T | buy | 3/30 | K | | |

1. Income/Gain Codes (See Columns B1 and D4): A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes (See Columns C1 and D3): J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
5. Value Method Codes (See Column C2): Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market; U = Book Value; V = Other; W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HUG, JR., PROCTER R | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. N. Arizona University Bonds | A | Interest | | | redemption | 7/1 | J | A | |
| 20. Clark County Bonds | A | Interest | | | redemption | 5/1 | K | A | |
| 21. N. Las Vegas Rev. Bonds | A | Interest | K | T | buy | 3/1 | K | | |
| 22. Nevada Housing Bonds | A | Interest | L | T | | | | | |
| 23. Reno, Nevada, Hospital Bonds | A | Interest | | | redemption | 10/27 | J | A | |
| 24. Salt Lake City Bonds | A | Interest | K | T | buy | 7/15 | K | | |
| 25. Washoe County Airport Bonds | B | Interest | | | redemption | 7/1 | K | A | |
| 26. AT&T Corp. | A | Dividend | J | T | | | | | |
| 27. Advanced Medical Optics | A | Dividend | J | T | | | | | |
| 28. Allergan, Inc. | A | Dividend | K | T | | | | | |
| 29. Alliant Energy Corp. | A | Dividend | K | T | | | | | |
| 30. America Funds Investment Co. | A | Interest | K | T | buy | 10/16 | K | | |
| 31. Archer Daniels Mid. | A | Dividend | K | T | | | | | |
| 32. BCE, Inc. | C | Dividend | K | T | | | | | |
| 33. Barrick Gold Corp. | | None | J | T | | | | | |
| 34. Berkshire Hathoway, Inc. | | None | M | T | | | | | |
| 35. CNH Global NV | A | Dividend | J | T | | | | | |
| 36. Canadian National R.R. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Canadian Pacific Railway | A | Dividend | J | T | | | | | |
| 38. Citrix | A | Dividend | J | T | | | | | |
| 39. Closure Medical Corp. | A | Dividend | K | T | | | | | |
| 40. Comcast Corp. | A | Dividend | J | T | | | | | |
| 41. Costco Companies | A | Dividend | K | T | | | | | |
| 42. Cryolife, Inc. | A | Dividend | K | T | | | | | |
| 43. Delhaize America, Inc. | A | Dividend | | | sell | 10/29 | J | A | |
| 44. Delta Airlines | A | Dividend | J | T | | | | | |
| 45. Dupont | A | Dividend | K | T | | | | | |
| 46. Elkcorp | A | Dividend | J | T | | | | | |
| 47. Federal Agricultural Mortgage | A | Dividend | J | T | buy | 2/14 | J | | |
| 48. Foundry Networks | A | Dividend | | | sell | 10/29 | J | A | |
| 49. Franklin Utilities | A | Interest | K | T | buy | 10/16 | K | | |
| 50. Gannett Co. | A | Dividend | K | T | | | | | |
| 51. Genenteck | A | Dividend | K | T | | | | | |
| 52. Granite Construction Co. | A | Dividend | J | T | buy | 10/1 | J | | |
| 53. Hanson PLC | A | Dividend | J | T | | | | | |
| 54. Heinz HJ Co. | A | Dividend | J | T | buy | 2/14 | J | | |

Income/Gain Codes: A = $1,000 or less, B = $1,001-$2,500, C = $2,501-$5,000, D = $5,001-$15,000, E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000, G = $100,001-$1,000,000, H1 = $1,000,001-$5,000,000, H2 = More than $5,000,000
Value Codes: J = $15,000 or less, K = $15,001-$50,000, L = $50,001-$100,000, M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000, O = $500,001-$1,000,000, P1 = $1,000,001-$5,000,000, P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000, P4 = More than $50,000,000
Value Method Codes: Q = Appraisal, R = Cost (Real Estate Only), S = Assessment, T = Cash/Market
(See Column C2) U = Book Value, V = Other, W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Hilton International | A | Dividend | J | T | | | | | |
| 56. Hitachi, Ltd. | A | Dividend | J | T | | | | | |
| 57. Home Depot | A | Dividend | J | T | | | | | |
| 58. Imperial Chemical | A | Dividend | K | T | buy | 4/7 | K | | |
| 59. Int'l Game Technology ("IGT") | A | Dividend | K | T | | | | | |
| 60. Intel | A | Dividend | K | T | | | | | |
| 61. Janus Fund | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 62. Janus Twentieth Century | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 63. Janus Venture | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 64. Liberty Media | A | Dividend | J | T | buy | 10/10 | J | | |
| 65. Lincoln National Conv. Sec. | A | Dividend | J | T | | | | | |
| 66. Linear Technology Corp. | A | Dividend | K | T | | | | | |
| 67. Lucent Technology | A | Dividend | J | T | buy | 8/19 | J | | |
| 68. McDonalds | A | Dividend | J | T | buy | 10/16 | J | | |
| 69. Mandalay Resort Group | A | Dividend | K | T | | | | | |
| 70. Medco Health Solutions | A | Dividend | J | T | buy | 10/1 | J | | |
| 71. Merck & Co. | A | Dividend | L | T | | | | | |
| 72. Mercury General Corp. | A | Dividend | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. Microsoft | A | Dividend | J | T | | | | | |
| 74. Millenium Chemicals, Inc. | A | Dividend | J | T | | | | | |
| 75. Morgan Stanley Asia P. | A | Interest | K | T | | | | | |
| 76. Muniyield Quality Fund | A | Interest | K | T | | | | | |
| 77. NCR Corp. | A | Dividend | J | T | | | | | |
| 78. Newell Rubbermaid | A | Dividend | K | T | buy | 10/2 | K | | |
| 79. Newmont Mining Corp. | A | Dividend | J | T | | | | | |
| 80. Pall Corp. | A | Dividend | J | T | buy | 12/29 | J | | |
| 81. Peets Coffee | A | Dividend | J | T | buy | 10/1 | J | | |
| 82. Pfizer | A | Dividend | K | T | | | | | |
| 83. Pharmacia & Upjohn | A | Dividend | K | T | | | | | merged with Pfizer |
| 84. Raytheon Co. | A | Dividend | K | T | buy | 10/29 | K | | |
| 85. Regis Corp. | A | Dividend | K | T | | | | | |
| 86. Safeway | A | Dividend | J | T | buy | 2/14 | J | | |
| 87. SanDisk Corp. | A | Dividend | | | sell | 10/1 | K | E | |
| 88. Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 89. Sierra Pacific Resources | A | Dividend | J | T | | | | | |
| 90. Surebeam | A | Dividend | | | sell | 11/3 | J | A | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
(See Columns B1 and D4)        F = $50,001-$100,000        G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less         K = $15,001-$50,000        L = $50,001-$100,000          M = $100,001-$250,000
(See Columns C1 and D3)        N = $250,000-$500,000       O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                           P4 = More than $50,000,000
3. Value Method Codes:         Q = Appraisal               R = Cost (Real Estate Only)  S = Assessment              T = Cash/Market
(See Column C2)                U = Book Value              V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Tollgrade Communications | A | Dividend | J | T | | | | | |
| 92. Trimble Navigation, Ltd. | A | Dividend | J | T | | | | | |
| 93. UNTS First Trust | A | Interest | K | T | buy | 8/19 | K | | |
| 94. Unilever PLC. | A | Dividend | K | T | buy | 10/2 | K | | |
| 95. VISX, Inc. | A | Dividend | K | T | | | | | |
| 96. Wells Fargo Stock | A | Dividend | L | T | | | | | |
| 97. | | | | | | | | | |

Income/Gain Codes (See Columns B1 and D4): A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000 F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
Value Codes (See Columns C1 and D3): J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000 N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000 P3 = $25,000,001-$50,000,000 P4 = More than $50,000,000
Value Method Codes (See Column C2): Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market U = Book Value V = Other W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NONE

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date  5/5/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# United States Court Of Appeals
## For The Ninth Circuit

BRUCE R. THOMPSON U.S. COURTHOUSE & FEDERAL BLDG.
400 S. VIRGINIA STREET, SUITE 708
RENO, NEVADA 89501

PROCTER HUG, JR.
UNITED STATES CIRCUIT JUDGE

PH: (775) 686-5949
FX: (775) 686-5958

April 2, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.  20544

Dear Committee Members:

Per your instructions, please find enclosed the signed original and three additional photocopies of my Financial Disclosure Report for Calendar Year 2003, which is due May 15, 2004.

I have arranged all of the stock holdings in Section VII, Investments and Trusts (from line 26 on) in alphabetical order. In previous years, the stocks were listed by brokerage firm reports, which included some duplications that I have now combined. The revised list should be easier to review in future years.

If you have any questions concerning my report, please do not hesitate to contact me.

Yours sincerely,



PROCTER HUG, JR.
United States Circuit Judge

PH:ms
Enclosures

| AO-10<br>Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HUG, JR., PROCTER R. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>4/2/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 9/16/1977<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Bruce Thompson U.S. Courthouse<br><br>400 S. Virginia St., Suite 708<br><br>Reno, Nevada 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2004 APR -5 P 12: 2 FINANCIAL DISCLOSURE E...

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HUG, JR., PROCTER R | 4/2/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE -- (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Storey County Properties | F | Interest | M | W | | | | | (2) + rent |
| 2. West Coast Development | A | Interest | M | W | | | | | |
| 3. Fernley Estates | A | Interest | M | W | | | | | |
| 4. Brooktree Partners | D | Rent | K | U | | | | | |
| 5. Alternate Energy Investors | | None | M | U | | | | | |
| 6. Hug Homes, Ltd., | F | Interest | N | U | | | | | |
| 7. WCC, LLC | | None | L | U | | | | | |
| 8. Flowers Escrow Real Estate Mtg. | D | Interest | M | T | | | | | |
| 9. UBS M/M Fund | B | Interest | K | T | | | | | was Paine Webber |
| 10. Wachovia M/M Fund | A | Interest | J | T | | | | | was Prudential |
| 11. Wells Fargo M/M Fund | D | Interest | O | T | | | | | |
| 12. Morgan Stanley Dean Witter Liquid Asset | A | Interest | J | T | | | | | |
| 13. United States Treasury Note | A | Interest | J | T | | | | | |
| 14. Bank of America | A | Interest | J | T | | | | | |
| 15. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 16. Arizona Rev. Bonds | A | Interest | L | T | | | | | |
| 17. Hawaii Rev. Bonds | A | Interest | K | T | buy | 5/30 | | | |
| 18. Idaho Housing Bonds | A | Interest | K | T | buy | 3/30 | | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000

2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =More than $50,000,000

3. Value Method Codes:   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. N. Arizona University Bonds | A | Interest | | | redemption | 7/1 | J | A | |
| 20. Clark County Bonds | A | Interest | | | redemption | 5/1 | K | A | |
| 21. N. Las Vegas Rev. Bonds | A | Interest | K | T | buy | 3/1 | | | |
| 22. Nevada Housing Bonds | A | Interest | L | T | | | | | |
| 23. Reno, Nevada, Hospital Bonds | A | Interest | | | redemption | 10/27 | J | A | |
| 24. Salt Lake City Bonds | A | Interest | K | T | buy | 7/15 | | | |
| 25. Washoe County Airport Bonds | B | Interest | | | redemption | 7/1 | K | A | |
| 26. AT&T Corp. | A | Dividend | J | T | | | | | |
| 27. Advanced Medical Optics | A | Dividend | J | T | | | | | |
| 28. Allergan, Inc. | A | Dividend | K | T | | | | | |
| 29. Alliant Energy Corp. | A | Dividend | K | T | | | | | |
| 30. America Funds Investment Co. | A | Interest | K | T | buy | 10/16 | | | |
| 31. Archer Daniels Mid. | A | Dividend | K | T | | | | | |
| 32. BCE, Inc. | C | Dividend | K | T | | | | | |
| 33. Barrick Gold Corp. | | None | J | T | | | | | |
| 34. Berkshire Hathoway, Inc. | | None | M | T | | | | | |
| 35. CNH Global NV | A | Dividend | J | T | | | | | |
| 36. Canadian National R.R. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   T = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -F) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Canadian Pacific Railway | A | Dividend | J | T | | | | | |
| 38. Citrix | A | Dividend | J | T | | | | | |
| 39. Closure Medical Corp. | A | Dividend | K | T | | | | | |
| 40. Comcast Corp. | A | Dividend | J | T | | | | | |
| 41. Costco Companies | A | Dividend | K | T | | | | | |
| 42. Cryolife, Inc. | A | Dividend | K | T | | | | | |
| 43. Delhaize America, Inc. | A | Dividend | | | sell | 10/29 | J | A | |
| 44. Delta Airlines | A | Dividend | J | T | | | | | |
| 45. Dupont | A | Dividend | K | T | | | | | |
| 46. Elkcorp | A | Dividend | J | T | | | | | |
| 47. Federal Agricultural Mortgage | A | Dividend | J | T | buy | 2/14 | | | |
| 48. Foundry Networks | A | Dividend | | | sell | 10/29 | J | A | |
| 49. Franklin Utilities | A | Interest | K | T | buy | 10/16 | | | |
| 50. Gannett Co. | A | Dividend | K | T | | | | | |
| 51. Genentech | A | Dividend | K | T | | | | | |
| 52. Granite Construction Co. | A | Dividend | J | T | buy | 10/1 | | | |
| 53. Hanson PLC | A | Dividend | J | T | | | | | |
| 54. Heinz HJ Co. | A | Dividend | J | T | buy | 2/14 | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Hilton International | A | Dividend | J | T | | | | | |
| 56. Hitachi, Ltd. | A | Dividend | J | T | | | | | |
| 57. Home Depot | A | Dividend | J | T | | | | | |
| 58. Imperial Chemical | A | Dividend | K | T | buy | 4/7 | | | |
| 59. Int'l Game Technology ("IGT") | A | Dividend | K | T | | | | | |
| 60. Intel | A | Dividend | K | T | | | | | |
| 61. Janus Fund | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 62. Janus Twentieth Century | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 63. Janus Venture | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 64. Liberty Media | A | Dividend | J | T | buy | 10/10 | | | |
| 65. Lincoln National Conv. Sec. | A | Dividend | J | T | | | | | |
| 66. Linear Technology Corp. | A | Dividend | K | T | | | | | |
| 67. Lucent Technology | A | Dividend | J | T | buy | 8/19 | | | |
| 68. McDonalds | A | Dividend | J | T | buy | 10/16 | | | |
| 69. Mandalay Resort Group | A | Dividend | K | T | | | | | |
| 70. Medco Health Solutions | A | Dividend | J | T | buy | 10/1 | | | |
| 71. Merck & Co. | A | Dividend | L | T | | | | | |
| 72. Mercury General Corp. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Microsoft | A | Dividend | J | T | | | | | |
| 74. Millenium Chemicals, Inc. | A | Dividend | J | T | | | | | |
| 75. Morgan Stanley Asia P. | A | Interest | K | T | | | | | |
| 76. Muniyield Quality Fund | A | Interest | K | T | | | | | |
| 77. NCR Corp. | A | Dividend | J | T | | | | | |
| 78. Newell Rubbermaid | A | Dividend | K | T | buy | 10/2 | | | |
| 79. Newmont Mining Corp. | A | Dividend | J | T | | | | | |
| 80. Pall Corp. | A | Dividend | J | T | buy | 12/29 | | | |
| 81. Peets Coffee | A | Dividend | J | T | buy | 10/1 | | | |
| 82. Pfizer | A | Dividend | K | T | | | | | |
| 83. Pharmacia & Upjohn | A | Dividend | K | T | | | | | merged with Pfizer |
| 84. Raytheon Co. | A | Dividend | K | T | buy | 10/29 | | | |
| 85. Regis Corp. | A | Dividend | K | T | | | | | |
| 86. Safeway | A | Dividend | J | T | buy | 2/14 | | | |
| 87. SanDisk Corp. | A | Dividend | | | sell | 10/1 | K | E | |
| 88. Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 89. Sierra Pacific Resources | A | Dividend | J | T | | | | | |
| 90. Surebeam | A | Dividend | | | sell | 11/3 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Tellgrade Communications | A | Dividend | J | T | | | | | |
| 92. Trimble Navigation, Ltd. | A | Dividend | J | T | | | | | |
| 93. UNTS First Trust | A | Interest | K | T | buy | 8/19 | | | |
| 94. Unilever PLC. | A | Dividend | K | T | buy | 10/2 | | | |
| 95. VISX, Inc. | A | Dividend | K | T | | | | | |
| 96. Wells Fargo Stock | A | Dividend | L | T | | | | | |
| 97. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 4/2/2004 |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS  (indicate part of Report.)

NONE

# FINANCIAL DISCLOSURE REPORT

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _April 2, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544